UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE ABEL, JOHN ABEL, SR., and NICHOLAS ABEL<br><br>Plaintiffs<br><br>v.<br><br>VILLAGE OF SCHAUMBURG, MATTHEW HUDAK, JOHN CICHY, TERRANCE O'BRIEN, ALAN TAKEI, VILLAGE OF HANOVER PARK, JOSEPH CIANCIO, STEVEN CORTESE, VICTOR DIVITO, STEVEN STOTA, MATTHEW MCDONNEL, MARK ATKINSON, and DANIEL KOSARTES<br><br>Defendants | Court No. 13-cv-2003<br><br>Judge Joan H. Lefkow |

## STIPULATION TO DISMISS

It is hereby stipulated between Plaintiffs, CHRISTINE ABEL, JOHN ABEL SR., and NICHOLAS ABEL, and Defendants, VILLAGE OF HANOVER PARK, JOSEPH CIANCIO, STEVEN CORTESE, VICTOR DIVITO, STEVEN STOTA, MATTHEW MCDONNEL, MARK ATKINSON, and DANIEL KOSARTES, that all matters in controversy have been resolved, and that the Plaintiffs' Complaint, any subsequent amended complaints, and this lawsuit may be dismissed, with prejudice.

Respectfully Submitted,

**CHRISTINE ABEL; JOHN ABEL SR.; NICHOLAS ABEL**

By /s/ Blake W. Horwitz
    One of their attorneys

Blake W. Horwitz
Katherine T. Fay
The Blake Horwitz Law Firm, Ltd.
111 W. Washingston Street, Suite 1611
Chicago, IL 60602
(312) 676-2100/(312) 445-8741 (F)

**VILLAGE OF HANOVER PARK, JOSEPH CIANCIO, STEVEN CORTESE, VICTOR DIVITO, STEVEN STOTA, MATTHEW MCDONNEL, MARK ATKINSON, and DANIEL KOSARTES**

By /s/ Alison M. Harrington
    One of their attorneys

Alison M. Harrington
Joseph E. Urani
Best, Vanderlaan & Harrington
400 E. Diehl Road, Ste. 280
Naperville, IL  60563
630.752.8000
630.752.8763